# EXHIBIT 1

Wayback Machine: Robinhood Hompage Archive as of December 1, 2020, 11:31:33AM PT available at https://web.archive.org/web/20201201193133/https://robinhood.com/us/en/ (last visited March 9, 2021).



As shown in the red box above, there is no "Who we are" dropdown menu at the top of the homepage, as in the pages below.

Wayback Machine: Robinhood Homepage archive as of December 12, 2020, 3:29:44AM PT, available at https://web.archive.org/web/20201212012350/https://robinhood.com/us/en/ (last visited March 9, 2021).



Robinhood's "6 Commitments" was added to Robinhood's "Who we are" dropdown menu at the the top of the homepage as shown above.

Robinhood "Our 6 commitments to you" webpage, as of December 12, 2020 3:21:03PM PT, available at https://web.archive.org/web/20201212232103/https://robinhood.com/us/en/our-commitments/ (last visited March 9, 2021).



Robinhood's "Our 6 commitments to you" webpage is available under "Who we are" on the top menu of Robinhood's website as shown above.