# EXHIBIT 3

Robinhood inbox message sent to customers between October 9-13, 2020.

