# EXHIBIT 4

Robinhood push notification prepared in June 2020 and sent to customers between October 9-13, 2020.

