# EXHIBIT 5

# Email



**Msg. Date (Eastern)** Thu Oct 22, 2020 1:03PM ET

**From** noreply@robinhood.com

**To** ████████████████

**Bcc** emailarchive_sendgrid@robinhood.journaltosmarsh.com

**Subject** Enable Two-Factor Authentication





## A message from Robinhood Security

Hi ██████

We're reaching out because you haven't set up Two-Factor Authentication (2FA) on your Robinhood account yet.

**Your account security is critically important to us. Enabling 2FA takes just a few minutes and adds an additional layer of security to your account—even if your password is weak, reused, or becomes compromised.**

To enable 2FA in the app:

1. Tap the **Account** (person) icon in the bottom right corner
2. Tap the three bars in the top right corner
3. Tap **Settings**
4. Tap **Two-Factor Authentication**
5. Toggle the feature to the **On** position

You can learn more about **how to enable 2FA**, **how you're protected**, and read more about **security best practices** in our Help Center.

If you need additional help, please reach out to our **support team**. We're here to help.

Sincerely,

Robinhood Security

  

Home

Help Center

Contact Us

Privacy Policy

You are receiving this email in response to your request for information or Robinhood servicing your account. You cannot unsubscribe from these emails.

Robinhood Financial LLC (member SIPC), is a registered broker dealer. Robinhood Securities LLC (member SIPC), provides brokerage clearing services. Robinhood Crypto, LLC provides crypto currency trading. All are subsidiaries of Robinhood Markets, Inc. ('Robinhood').

Read our privacy policy:
© 2020 Robinhood Financial LLC. Robinhood®

Robinhood Terms and Conditions Disclosure Library FAQ

All rights reserved. 1378080

We are required to send you this non-promotional communication without the option to unsubscribe.