# EXHIBIT 6

Robinhood's two-factor authentication application "Card" shown to customers within Robinhood's application between October 28-29, 2020.

