1  TIFFANY CHEUNG (BAR NO. 211497)
   TCheung@mofo.com
2  MARK DAVID MCPHERSON (BAR NO. 307951)
   MMcPherson@mofo.com
3  THOMAS B. DAVIDSON (BAR NO. 327776)
   TDavidson@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, CA 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  MARGARET N. BUCKLES (BAR NO. 298696)
   MBuckles@mofo.com
8  MORRISON & FOERSTER LLP
   707 Wilshire Blvd., Suite 6000
9  Los Angeles, CA 90017-3543
   Telephone: 213.892.5200
10 Facsimile: 213.892.5454

11 Attorneys for Defendants
   ROBINHOOD FINANCIAL LLC AND
12 ROBINHOOD SECURITIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIDDHARTH MEHTA, KEVIN QIAN, and MICHAEL FURTADO, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>ROBINHOOD FINANCIAL LLC; ROBINHOOD SECURITIES, LLC; and DOES 1 to 10,<br><br>Defendants. | Case No. 5:21-cv-01013-SVK<br><br>**[PROPOSED] ORDER RE: ROBINHOOD FINANCIAL LLC AND ROBINHOOD SECURITIES, LLC'S MOTION TO DISMISS**<br><br>Date: April 20, 2021<br>Time: 10:00 a.m.<br>Courtroom: 6, 4th Floor<br>Judge: Hon. Susan van Keulen |

1

Defendants Robinhood Financial LLC and Robinhood Securities, LLC's Motion to Dismiss came on regularly for hearing before this Court on April 20, 2021 at 10:00 a.m. After consideration of the parties' submissions, the arguments of counsel, and all other matters properly presented to the Court, it is hereby ORDERED:

Defendants' Request for Judicial Notice is GRANTED.

Defendants' Motion to Dismiss is GRANTED, and the First Amended Complaint is dismissed with prejudice.

Dated: _____, 2021

_____
Hon. Susan Van Keulen