Kevin Osborne, State Bar No. 261367 (kevin@eko.law)
Julie Erickson, State Bar No. 293111 (julie@eko.law)
Elizabeth Kramer, State Bar No. 293129 (elizabeth@eko.law)
**Erickson Kramer Osborne LLP**
44 Tehama St.
San Francisco, CA 94105
Phone: 415-635-0631
Fax: 415-599-8088

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH MEHTA, KEVIN QIAN, and MICHAEL FURTADO, individually and on behalf of other similarly situated individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROBINHOOD FINANCIAL LLC; ROBINHOOD SECURITIES, LLC; and DOES 1-10<br><br>    Defendants. | Case No.: 21-CV-01013-SVK<br><br>NOTICE OF CHANGE OF FIRM ADDRESS |

NOTICE OF CHANGE OF FIRM ADDRESS

i

**TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective September 22, 2021, ERICKSON KRAMER OSBORNE LLP, attorneys for Plaintiffs, will move to 44 Tehama St., San Francisco, California, 94105. The telephone and facsimile numbers shall remain the same.

All notices, pleadings, and correspondence should be directed to counsel at the above address.

Dated this 22nd day of September, 2021.                Erickson Kramer Osborne, LLP


                                                                                 /s/ Kevin Osborne
                                                                                Kevin Osborne
                                                                                Attorneys for Siddharth Mehta, Kevin Qian, and Michael Furtado

NOTICE OF CHANGE OF FIRM ADDRESS

1